IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | |
| ex rel. Megen Duffy,                             ) | |
|                                                              ) | |
|            Plaintiffs,                                 ) | |
| v.                                                         )  | Case No. 14-2256-SAC-JPO |
|                                                              ) | |
| LAWRENCE MEMORIAL HOSPITAL, ) | |
|                                                              ) | |
|            Defendant.                                ) | |

# **ORDER**

The United States has again declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B).  Accordingly, it is ordered that:

1. The relator's second amended complaint (doc. 18) shall be unsealed.  Relator shall serve the second amended complaint on the defendant after it has been unsealed.  Following service of the second amended complaint, the relator shall also serve on the defendant this order and the United States' Notice of Election to Decline Intervention Regarding Second Amended Complaint (doc. 19);

2. All prior orders regarding the sealing of this case or specific pleadings and orders within this case shall remain in effect (*see* doc. 10);

3. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, on the United States, as provided for in 31 U.S.C. § 3730(c)(3).  The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

4. The parties shall serve all notices of appeal on the United States;

5. All orders of this Court shall be sent to the United States; and that

6. Should the relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

IT IS SO ORDERED.

Dated August 10, 2015, at Kansas City, Kansas.

      s/ James P. O'Hara
James P. O'Hara
United States Magistrate Judge