IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| THE UNITED STATES OF AMERICA ) <br> ex rel. Megen Duffy ) <br> ) <br>     Plaintiff/Counter Defendant ) <br> ) <br> v. ) <br> ) <br> LAWRENCE MEMORIAL HOSPITAL ) <br> ) <br>     Defendant/Counter Claimant ) <br> _____ ) | Case No. 2:14-cv-02256-SAC-JPO |

**UNOPPOSED MOTION TO EXTEND PLAINTIFF'S DEADLINE
TO FILE MOTION TO COMPEL CONCERNING DISCOVERY
ANSWERS OBJECTIONS AND RESPONSES OF
<u>DEFENDANT LAWRENCE MEMORIAL HOSPITAL</u>**

Qui Tam Plaintiff, through her counsel, and pursuant to D. Kan. Rules 6.1 and 7.1, respectfully moves the Court to extend the deadline for the filing of Plaintiff's Motion to Compel Concerning Defendant Lawrence Memorial Hospital's Answers and Objections to Qui Tam Plaintiff's First Interrogatories and Lawrence Memorial Hospital's Responses and Objections to Qui Tam Plaintiff's First Request for Production of Documents. In support of this Motion, Plaintiff states as follows:

1. Counsel for Plaintiff has conferred with counsel for Defendant and Defendant does not oppose the relief requested herein.

2. Plaintiff served Interrogatories and Requests for Production of Documents to Defendant Lawrence Memorial Hospital in this case on May 4, 2016.

3. Defendant's responses were originally due on June 6, 2016.

4. Defendant requested an extension of time until July 6, 2016 to answer or respond to Plaintiff's discovery which was unopposed.

5.     Defendant responded to Plaintiff's discovery requests on July 6, 2016.

6.     According to the Court's Scheduling Order (ECF Doc. 36), any Motion to Compel Discovery must be filed within 30 days of the service response, making Plaintiff's deadline to file a motion to compel Monday, August 8, 2016.

7.     On August 8, 2016, Plaintiff sent an 11-page letter by email to counsel for Defendant taking issue with certain objections raised by Defendant in its answers and responses to Plaintiff's discovery.  Counsel for the parties have spoken by telephone and arranged to meet and confer in early September to discuss possible resolution of such issues in a manner that would avoid the need for Plaintiff to file a motion to compel discovery.

8.     To permit the parties sufficient opportunity to meaningfully confer concerning these discovery disputes and to attempt to resolve the disputes without Court intervention, as contemplated by Local Rule 37.2, Plaintiff requests that the Court grant her a 39-day extension of time, or until September 16, 2016, in which to file a motion to compel concerning the Defendant's Answers and Objections to Qui Tam Plaintiff's First Interrogatories and Responses and Objections to Qui Tam Plaintiff's First Request for Production of Documents.

9.     This Motion is submitted in good faith and not for purposes of harassment or delay.

10.    No party will be prejudiced should the Court grant this Motion.

11.    Pursuant to D. Kan. Rule 5.4.4 and 7.1(b), a proposed order has been submitted directly to The Honorable James P. O'Hara.

WHEREFORE, Plaintiff respectfully requests that the Court extend her current August 8, 2016 deadline to file a motion to compel concerning the discovery responses of Defendant by 39 days, to and including September16, 2016.

Respectfully submitted,

| | |
|---|---|
| */s/ Theodore J. Lickteig* | */s/ Sarah A. Brown* |
| Theodore J. Lickteig #12977 | Sarah A. Brown #12130 |
| Law Offices of Theodore J. Lickteig | Daniel G. Curry #22750 |
| Greystone Office Plaza | Brown and Curry, LLC |
| 127680 W. 87th Street, Suite 112 | 406 W. 34th Street, Suite 810 |
| Lenexa, Kansas  66215 | Kansas City, Missouri  64111 |
| (913) 894-1090 | (816) 756-5458 |
| tjllawoffice@planetkc.com | sarah@brownandcurry.com |
| | dan@brownandcurry.com |
| | |
| */s/ Robert K. Collins* | */s/ Anthony E. LaCroix* |
| Robert K. Collins #22675 | Anthony E. LaCroix #24279 |
| Collins Law Office, LLC | LaCroix Law Firm, LLC |
| P.O. Box 4786 | 406 W. 34th Street, Suite 810 |
| Olathe, Kansas  66063 | Kansas City, Missouri  64111 |
| (913) 538-7472 | (816) 339-4380 |
| robert@collinslegal.com | tony@lacroixlawkc.com |

*Attorneys for Plaintiff-Relator*

3

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 8th day of August, 2016, I filed the above and foregoing using the Court's CM/ECF system which will send notice of the filing to:

| | |
|---|---|
| Robin Anderson | Jean Paul Bradshaw |
| Robin.Anderson@usdoj.gov | David Frye |
| Assistant United States Attorney | J. Eric Weslander |
| Jon Fleenor | Lathrop & Gage LLP |
| Jon.Fleenor@usdoj.gov | 2345 Grand Boulevard, Suite 2200 |
| Assistant United States Attorney | Kansas City, Missouri, 64108-2618 |
| 500 State Avenue, Suite 360 | jbradshaw@lathropgage.com |
| Kansas City, Kansas 66101 | dfrye@lathropgage.com |
| | eweslander@lathropgage.com |
| *Attorneys for the United States* | |
| *Of America* | and |

Andrew R. Ramirez
Lathrop & Gage LLP
10851 Mastin Boulevard
Building 82, Suite 1000
Overland Park, Kansas  66210-1669
aramirez@lathropgage.com

*Attorneys for Defendant-Counter Claimant Lawrence Memorial Hospital*

*/s/ Sarah A. Brown*_____
Attorney for Plaintiff-Realtor-Counter-Defendant Megen Duffy