UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ex rel. Megen Duffy, Plaintiff/Counter Defendant, v. LAWRENCE MEMORIAL HOSPITAL, Defendant/Counterclaimant. | ) ) ) ) ) ) ) ) ) ) ) Case No. 2:14-cv-02256-SAC-TJJ |

STATE OF MISSOURI )
) ss.
COUNTY OF JACKSON )

## AFFIDAVIT

COMES NOW Michael Williams, of lawful age being first duly sworn under oath, and states:

1. I am the Vice President and Chief Information Officer for Lawrence Memorial Hospital ("LMH").

2. This affidavit is based upon my personal knowledge, and I am competent to testify to each fact set forth herein.

3. In order to assist with LMH's attempt to respond to this Court's Memorandum and Order (Doc. 133) related to Request Nos. 40, 41, 43 and 58 of the Second Request for Production of Documents, LMH has implemented and conducted the below searches in an effort to locate responsive electronic patient records maintained by LMH.

**EXHIBIT A**

| Search Terms | Validity | Meaning |
|---|---|---|
| "Chest" and "Pain" | Valid Search String | Searches Chief Complaint field for both of the strings "Chest" and "Pain" |
| "Chest" and "Discomfort" | Valid Search String | Searches Chief Complaint field for both of the strings "Chest" and "Discomfort" |
| "ACS" | Invalid Search String | Searches Chief Complaint for the string "ACS." Finds too many false positives for the abbreviation of Lacerations - lacs |
| "ACS" | Valid Search String | Searches Chief Complaint for the string "ACS" |
| "Acute" and "Coronary" and "Syndrome" | Valid Search String | Searches Chief Complaint for all strings |
| "Acute" and "Myocardial" and "Infarction" | Valid Search String | Searches Chief Complaint for all strings |
| "Acute" and "MI" | Invalid Search String | Searches Chief Complaint for strings "Acute" and "MI." Finds too many false positives with "Acute Abdominal" |
| "Acute" and "MI" | Valid Search String | Searches Chief Complaint for strings "Acute" and "MI." Finds false positives with "Acute" and "Mins" |
| "Acute" and "MI" | Valid Search String | Searches Chief Complaint for strings "Acute" and "MI" |
| "AMI" | Invalid Search String | Searches Chief Complaint for string "AMI." Finds too many false positives for "Family" and medications containing the characters "AMI" |
| "AMI" | Valid Search String | Searches Chief Complaint for string "AMI." Finds false positives for several medications beginning with "AMI" |

4.     Based on these search terms, and after locating and removing duplicates, LMH estimates it has 15,574 patient records to locate and gather in order to provide responsive material to Document Request Nos. 40, 41, 43 and 58.

5.  LMH is attempting to locate and pull records in which patients with complaints of chest pain or acute myocardial infarction first had contact with Emergency Department personnel and which may be viewed as an Emergency Department log. Many of these patients with complaints of chest pain or acute myocardial infarction were admitted. Because such patients were admitted, LMH rolls the Emergency Department visit into the inpatient or observation visit. As a result, it is impossible for the LMH Electronic Medical Record to systematically differentiate between the Emergency Department portion of the visit and the Hospital-based portion of the visit. For example, LMH is not able to separate ECGs based on location (ex., Emergency Department) for a patient with complaints of chest pain or acute myocardial infarction who is admitted. LMH is only able to produce all ECGs for the patient's visit. Because of this, LMH will need an individual to go into the system and review each and every electronic record and pull the requested patient chart information from each of the 15,574 patient records.

6.  During the entire previous year, LMH released a total of 13,848 patient records with a staff of 3 individuals working 5 days per week. Below is the number of patient records released for each month of 2016. The highest month (April 2016) was 1,455 records.

| 2016 | Records Released |
|---|---|
| January | 1,049 |
| February | 1,237 |
| March | 1,304 |
| April | 1,455 |
| May | 1,358 |
| June | 1,145 |
| July | 1,062 |
| August | 1,080 |
| September | 983 |
| October | 974 |
| November | 1,092 |
| December | 1,109 |

3

| Total | 13,848 |

Processing and logging 15,574 patient records would cause a significant strain on LMH's access to and use of its electronic production database. As Chief Information Officer, I have grave concerns regarding how much it would slow the system down and potentially impact patient care at LMH. Therefore, I recommend LMH perform this patient record location and production outside the hours of 7 a.m. to 5 p.m. Monday through Friday.

7. LMH Medical Records did obtain a sample of 10 patient records in an effort to calculate the necessary time to locate and produce the estimated 15,574 patient records. From our investigation, it appears it could take up to 20 minutes for an individual to process and log a patient's records when responding to Document Request Nos. 40, 41, 43 and 58, and an additional 10 minutes for an individual to determine if there is responsive information related to any patient transfers to or from other medical facilities when responding to Document Request No. 58. Extrapolating out, LMH currently estimates it will take 7,787 worker hours (or 467,220 minutes) to locate and produce the responsive information. For LMH to produce these patient records in a reasonable timeframe, LMH will need to arrange to run these patient records multithreaded, meaning more than one person locating and producing records at a time.

8. Assuming that it takes 7,787 hours, the following table breaks down how long this process will take based on the number of workers and assuming 8 hour workdays:

4

| Number of Workers | Total Hours / Worker | Workdays |
|---|---|---|
| 1 | 7787 | 973.375 |
| 2 | 3893.5 | 486.6875 |
| 3 | 2595.666667 | 324.4583333 |
| 4 | 1946.75 | 243.34375 |
| 5 | 1557.4 | 194.675 |
| 6 | 1297.833333 | 162.2291667 |
| 7 | 1112.428571 | 139.0535714 |
| 8 | 973.375 | 121.671875 |
| 9 | 865.2222222 | 108.1527778 |
| 10 | 778.7 | 97.3375 |

9.  If LMH was to contract staff to locate and produce the responsive portions of the 15,574 patient records, it would likely cost LMH about $25.29 per hour based on the job grade at LMH for that position (that is a base minimum hourly rate of $16.86/hour multiplying time and half for overtime). Assuming that it takes 7,787 hours, LMH could anticipate an estimated expense of $196,933.23.

10. In order to avoid this significant time and expense, LMH proposes a random sampling of 252 patient records be located and analyzed by LMH workers in order to respond to Document Request Nos. 40, 41, 43 and 58. This sample size was determined by LMH by using the Department of Health and Human Services ("HHS") Office of Inspector General ("OIG")'s RAT-STATS, the primary statistical tool used by the OIG's Office of Audit Services. This software is made available by the Office of Inspector General to assist providers in their "efforts to fulfill the claims review requirements for corporate integrity agreements or provider self-disclosure protocol." Utilizing the Sample Size Determination features of RAT-STATS, LMH determined 252 was an appropriate sample size.







In using RAT-STATS to select a sample size, LMH used a universe size of 15,754. This is the number of patient records that meet the criteria for the keyword search. LMH used an anticipated rate of occurrence of 10% and a precision range of 10% which were each determined based on the sample of ten records. To reach a confidence level of 99%, the tool identified 252 as an appropriate sample size. The RAT-STATS tool was then used to create 257 (252 sample and 5 spares) random numbers. Those numbers may then be matched to the records in the universe population, and then the 257 random records may be produced.

11.  The foregoing is true, correct and complete according to the best of my knowledge, information and belief.

FURTHER AFFIANT SAYETH NAUGHT.

*Michael Williams*

Subscribed and sworn to before me, a Notary Public, this 20th day of February, 2017.

*Christine Killion Reed*
Notary Public

My Commission Expires: 2/2/21

CHRISTINE KILLION REED
Notary Public - State of Kansas
My Appointment Expires 2/2/21

8