IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| THE UNITED STATES OF AMERICA ) | |
| ex rel. Megen Duffy ) | |
| ) | |
| Plaintiff/Counter Defendant ) | Case No. 2:14-cv-02256-SAC-TJJ |
| ) | |
| v. ) | |
| ) | |
| LAWRENCE MEMORIAL HOSPITAL ) | |
| ) | |
| ) | |
| Defendant/Counter Claimant ) | |
| ) | |

INDEX OF EXHIBITS TO RELATOR'S MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

| Exhibit | Description |
|---|---|
| A | Megen Duffy Deposition |
| B | [Data Accuracy and Completeness Acknowledgments, LMH0433445][1] |
| C | Hospital Inpatient Quality Reporting Program FY 2015 Reference Checklist |
| D | [Hospital Outpatient Quality Recording Program News, LMH0211328] |
| E | Depo. Ex. 46, September Staff Meeting Minutes |
| F | Elaine Swisher Deposition |
| G | Depo. Ex. 47, 09/23/10 email |
| H | Depo. Ex. 49, 09/27/10 email |
| I | Joan Harvey Deposition |
| J | Depo. Ex. 51, October Staff Meeting Minutes |
| K | Depo Ex. 52, 10/01/10 email |
| L | Depo. Ex. 54,, March Staff Meeting Minutes |
| M | Depo. Ex. 63, 09/20/10 email |
| N | Depo. Ex. 64, 09/16/10 email |
| O | Depo. Ex. 65, 09/17/10 email |
| P | Depo. Ex. 66, 06/10/11 email |

---

[1] One or more parties have designated certain exhibits as Confidential Information pursuant to the Agreed Protective Order (Doc 38). Such exhibits are separately submitted to the Court herewith, for *in camera* review only, and are not being filed with the Court. Confidential exhibits are cited in brackets.

| Q | Depo. Ex. 69, 10/07/10 email |
|---|---|
| R | Depo. Ex. 70, 10/29/10 email |
| S | Depo. Ex. 72, 03/08/11 email |
| T | Depo. Ex. 80, 09/27/10 email |
| U | Depo. Ex. 87, 09/17/10 email |
| V | Depo. Ex. 88, 01/13/11 email |
| W | [Depo. Ex. 93, 11/05/10 email] |
| X | [Depo. Ex. 94, 12/07/10 email] |
| Y | [Depo Ex. 98, 03/14/13 email] |
| Z | Jeanine McCullough-Baze Deposition |
| AA | [09/22/10 email LMH358274] |
| BB | 12/26/13 email, LMH436931 |
| CC | [Organizational Quality Improvement Council Agenda, LMH0104354] |
| DD | Hospitals receiving full APU |
| EE | [Incentive/Penalty programs, LMH0216582] |
| FF | [HVBP Summary Report FY 2014, CMS0010520] |
| GG | [HVBP Summary Report FY 2015, CMS0010535] |
| HH | [07/31/13 email, LMH0134889] |
| II | [04/01/14 email, LMH0205511] |
| JJ | [05/04/15 email, LMH0202782] |
| KK | D's Supplemental Answers to P's First Irogs. |
| LL | Depo. Ex. 56, Arrival Time |
| MM | Summer Skeet Deposition |
| NN | Depo. Ex. 71, 06/07/12 email |
| OO | Brenda Bones Deposition |
| PP | Depo. Ex. 67, 04/28/11 email |
| QQ | Depo. Ex. 83, 01/28/11 email |
| RR | [Depo. Ex. 152, 01/26/15 email] |
| SS | Depo. Ex. 86, 09/21/10 email |
| TT | [Depo. Ex. 92, 09/21/10 email] |
| UU | [Depo. Ex. 101, 05/12/14 email] |
| VV | ED Throughput Tracking Instructions for Audits, LMH0434423 |
| WW | New Associate Resource Handbook 2009, LMH0438057 |
| XX | New Associate Resource Handbook 2010, LMH0438108 |
| YY | New Associate Resource Handbook 2011, LMH0437996 |
| ZZ | New Associate Resource Handbook 2012, LMH0437581 |
| AAA | New Associate Resource Handbook 2013, LMH0437828 |
| BBB | New Associate Resource Handbook 2014, LMH0437924 |
| CCC | New Associate Resource Handbook 2015, LMH0437684 |
| DDD | New Associate Resource Handbook 2016, LMH0437756 |
| EEE | S. Skeet throughput explanation, LMH0434355 |
| FFF | New CMS Core Measures, LMH0434452 |
| GGG | Quiz, LMH0434358 |

| HHH | [10/26/15 email, LMH0179673] |
| --- | --- |
| III | [08/31/15 email, LMH0432147] |
| JJJ | Response to subpoena on WOW |
| KKK | [Depo. Ex. 122, Organizational Quality Imp. Council Minutes 06/08/11] |
| LLL | Declaration of counsel |
| MMM | Declaration of Crystal Rocha |
| NNN | [12/06/13 email, LMH0207968] |
| OOO | Declaration of Daniel S. Levy, Ph.D. |
| PPP | Depo. Ex. 138, CMS Quality Measures Dashboard |
| QQQ | [06/27/12 Letter to Eugene Meyer] |
| RRR | CMS subpoena response |

Respectfully submitted,

*/s/ Theodore J. Lickteig*
Theodore J. Lickteig #12977
Law Office of Theodore J. Lickteig
Greystone Office Plaza
127680 W. 87th Street, Suite 112
Lenexa, Kansas  66215
913-894-1090
tjllawoffice@planetkc.com

*/s/ Sarah A. Brown*
Sarah A. Brown # 12130
Daniel G. Curry # 22750
Brown and Curry, LLC
406 W. 34th Street, Suite 810
Kansas City, Missouri 64111
816-756-5458
sarah@brownandcurry.com
dan@brownandcurry.com

*/s/ Robert K. Collins*
Robert K. Collins #22675
Collins Law Office, LLC
P.O. Box 4786
Olathe, Kansas  66063
913-538-7472
robert@collinslegal.com

*/s/ Anthony E . LaCroix*
Anthony E. LaCroix # 24279
LaCroix Law Firm, LLC
406 W. 34th Street, Suite 810
Kansas City, Missouri 64111
816-339-4380
tony@lacroixlawkc.com

*Attorneys for Plaintiff-Relator*

<u>CERTIFICATE OF SERVICE</u>

I, Anthony E. LaCroix, hereby certify that on the 28th day of April, 2017, I filed the above and foregoing using the Court's CM/ECF system which will send notice of the filing to:

Robin Anderson
Robin.Anderson@usdoj.gov.
Assistant United States Attorney
Jon Fleenor
Jon.fleenor@usdoj.gov
Assistant United States Attorney
500 State Avenue, Suite 360
Kansas City, Kansas 66101

*Attorneys for the United States of America*

Andrew R. Ramirez
Lathrop & Gage LLP
10851 Mastin Boulevard
Building 82, Suite 1000
Overland Park, Kansas 66210-1669
aramirez@lathropgage.com

Jean Paul Bradshaw
David R. Frye
Elizabeth D. Hatting
Lathrop & Gage LLP
2345 Grand Boulevard, Suite 2200
Kansas City, Missouri 64108-2618
jbradshaw@lathropgage.com
dfrye@lathropgage.com
ehatting@lathropgage.com

*Attorneys for Defendant Lawrence Memorial Hospital*

<u>/s/ Anthony E. LaCroix</u>
*Attorney for Relator*