# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

September 4, 2020

Clerk
United States Court of Appeals for the Tenth
Circuit
Byron White Courthouse
1823 Stout Street
Denver, CO  80257

    Re:  United States, ex rel. Stacey L. Janssen, as Special Administrator
        of the Estate of Megen Corin Duffy
        v. Lawrence Memorial Hospital
        No. 20-286
        (Your No. 19-3011)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on
August 27, 2020 and placed on the docket September 4, 2020 as No. 20-286.

Sincerely,

**Scott S. Harris**, Clerk

by

Lisa Nesbitt
Case Analyst